# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FABIAN SANTOS-MORALES,

      Petitioner,

    v.

WARDEN, FCI JESUP,

      Respondent.

2:25-cv-97

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss Petitioner Fabian Santos-Morales's ("Santos-Morales") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 11. Santos-Morales has filed Objections to the Report and Recommendation. Dkt. No. 14.

In his Objections, Santos-Morales urges the Court to reject the Report and Recommendation because the Magistrate Judge "improperly accepts" the Bureau of Prisons' ("BOP") interpretation of a statute as controlling. Id. at 2. Specifically, Santos-Morales contends that the "dispute is whether" 18 U.S.C. § 3632(d)(4)(D) requires "the BOP's 'all-or-nothing' approach—i.e., that a disqualifying conviction permanently blocks credits

against the entire aggregated imprisonment term, including the portion attributable to the eligible drug conviction." Id.

Santos-Morales's Objections do not differ in any significant manner from the assertions he makes in his Petition or in response to Respondent's Motion to Dismiss. The Magistrate Judge thoroughly analyzes the issues before the Court, and his citations to relevant, controlling caselaw support his analysis. Dkt. No. 11. In contrast, Santos-Morales offers either incorrect characterizations of controlling law or citations to authorities that are not relevant to the issue before the Court. Dkt. Nos. 1, 8, 14.

Thus, after an independent and de novo review of the entire record before the Magistrate Judge, the Court **OVERRULES** Petitioner's Objections and **CONCURS WITH** and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. I **GRANT** Respondent's Motion to Dismiss and **DISMISS** Santos-Morales's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Santos-Morales leave to appeal *in forma pauperis*.

**SO ORDERED**, this ___9___ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2