AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FABIAN SANTOS-MORALES,

Petitioner.

v.

WARDEN, FCI JESUP,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    CV 225-97

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 9, 2026, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation as its opinion. Therefore, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is dismissed. Additionally, Petitioner is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_March 12, 2026_
Date

John E. Triplett, Clerk of Court
Clerk

_(By) Deputy Clerk_

GAS Rev 10/2020